JS-6

Gary Lane, Esq. SBN: 050960
CONSUMER PROTECTION
LEGAL SERVICES, INC.
2911 South Bristol Street
Santa Ana, CA 92704-6205
Telephone: (714) 442-2421
Facsimile: (714) 995-6655

Attorney for Plaintiff
ELIZABETH BARBANTI

FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ELIZABETH BARBANTI,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA; COUNTRYWIDE BANK. F.S.B.; RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: SACV09-1368 AG(RNBx)<br><br>Honorable Judge Andrew J. Guilford<br><br>~~PROPOSED~~ ORDER OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE |

## ~~PROPOSED~~ ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the request of Plaintiff, ELIZABETH BARBANTI, in this action, it is hereby ORDERED that the entire action is dismissed without prejudice. Each party shall bear its own costs and fees.

Dated: March 31, 2010

*(signature)*
Honorable Andrew J. Guilford
United States District Judge

PROPOSED ORDER